UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-22198-CIV-UNGARO

TRENAE FLOYD,

    Plaintiff,

v.

MIAMI-DADE COUNTY,

    Defendant.

_____/

## ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS CAUSE came before the Court upon Defendant's Unopposed Motion for Extension of Time to Fily Reply Memorandum on Summary Judgment and Respond to Plaintiff's Motion to Strike, filed November 25, 3008 (D.E. 32).

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises.

ORDERED AND ADJUDGED that the Motion (D.E. 32) is GRANTED. Defendant shall file its reply memorandum in support of its motion for summary judgment on or before December 3, 2008. <u>No further extensions will be granted.</u>

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of November, 2008.

                                          URSULA UNGARO
                                          UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record